## INDEX OF EXHIBITS
## In Support of Verified Complaint

Index

1. Declaration of John Yee

    A. Note A

    B. Note B

    C. Note A Guaranty

    D. Note B Guaranty

    E. Limited Power of Attorney

    F. First Assignment of Security Documents

    G. Allonge

    H. Affidavit of Re-Recording

    I. Corrected First Assignment of Security Documents

    J. Second Assignment of Security Documents

    K. Allonge

    L. Third Assignment Documents

    M. Allonge

    N. Allonge

    O. Allonge

2. Order Denying Plaintiff's March 10, 2016 Motion for Preliminary Injunction

3. Sheriff's Deed

4. Order Denying Plaintiff's June 30, 2016 Amended Motion for Leave to Amend and Granting Defendants' June 3, 2016 Motion to Dismiss and/or for Summary Judgment