UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LBCMT 2007-C3 EAST 8 MILE ROAD, LLC, a
Delaware limited liability company

           Plaintiff(s),

Case No. 2:16-cv-13436

v.

Judge Arthur J. Tarnow

JENO GUTTMAN, an individual

Magistrate Judge Anthony P. Patti

           Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, LBCMT 2007-C3 EAST 8 MILE ROAD, LLC

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☐    No ☑

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name:
    Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☐    No ☑

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name:
    Nature of Financial Interest:

Date: September 23, 2016

/s/ Michael R. Vogt

Michael R. Vogt
P74168
Dykema Gossett PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
248-203-0739
mvogt@dykema.com