**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

LBCMT 2007-C3 EAST 8 MILE
ROAD, LLC, a Delaware limited
liability company,

        Plaintiff,

vs.

JENO GUTTMAN, an individual,

        Defendant.

Case No. 16-cv-13436

Hon. John Corbett O'Meara

---

| | |
|---|---|
| Brian M. Moore (P58584) | Charles J. Pawlukiewicz |
| Michael R. Vogt (P74168) | (Ohio State Bar No. 0011499) |
| Dykema Gossett PLLC | McCarthy, Lebit, Crystal |
| *Attorneys for Plaintiff* | & Liffman Co., L.P.A. |
| 39577 Woodward Avenue, Ste. 300 | *Attorney for Defendant* |
| Bloomfield Hills, MI 48304 | 101 West Prospect Ave., Ste 1800 |
| (248) 203-0772 | Cleveland, OH 44115 |
| bmoore@dykema.com | (216) 696-1422 |
| mvogt@dykema.com | cjp@mccarthylebit.com |

---

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff LBCMT 2007-C3 East 8 Mile Road, LLC ("Plaintiff") and Defendant Jeno Guttman ("Defendant") having settled this case in accordance with the terms of a Settlement Agreement dated effective November 13, 2017 ("Settlement Agreement"); Defendant having satisfied his obligations under the Settlement Agreement; and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice and without costs.

*This Order resolves the last pending claim in this case and closes this case.*

SO ORDERED.

Date: January 2, 2018  s/John Corbett O'Meara
United States District Judge


**STIPULATED AND APPROVED AS TO FORM AND CONTENT:**


| | |
|---|---|
| */s/ Brian M. Moore* | */s/ Charles J. Pawlukiewicz (w/ consent)* |
| Brian M. Moore (P58584) | Charles J. Pawlukiewicz |
| Michael R. Vogt (P74168) | (Ohio State Bar No. 0011499) |
| Dykema Gossett PLLC | McCarthy, Lebit, Crystal |
| *Attorneys for Plaintiff* | & Liffman Co., L.P.A. |
| 39577 Woodward Avenue, Ste. 300 | *Attorney for Defendant* |
| Bloomfield Hills, MI 48304 | 101 West Prospect Ave., Ste 1800 |
| (248) 203-0772 | Cleveland, OH 44115 |
| bmoore@dykema.com | (216) 696-1422 |
| mvogt@dykema.com | cjp@mccarthylebit.com |
| | |
| Date: December 29, 2017 | Date: December 29, 2017 |